Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>TOYOTA FINANCIAL SERVICES INTERNATIONAL**;** and DOES 1-10 inclusive<br><br>　　　　Defendants | Case No.<br><br>**5:19-cv-01893-JGB-KK**<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

　　　　　　Respectfully submitted July 2, 2020

　　　　　　　　　　　By: s/ Todd M. Friedman, Esq.
　　　　　　　　　　　　　Todd M. Friedman
　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　By: */s/ Danielle M. Mayer*
　　　　　　　　　　　　　Danielle M. Mayer
　　　　　　　　　　　Attorney For Defendant

Stipulation to Dismiss- 1

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 2, 2020

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on July 2, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on July 2, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

                       s/ Todd M. Friedman, Esq
                       Todd M. Friedman