UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA GUTIERREZ, | Case No. |
| Plaintiff, | |
| -vs- | **5:19-cv-01893-JGB-KKx** |
| TOYOTA FINANCIAL SERVICES INTERNATIONAL; and DOES 1-10 inclusive | **ORDER TO DISMISS WITH PREJUDICE** |
| Defendants | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this ___July 14, 2020___

_____
Honorable Jesus G. Bernal
U.S. District Judge

Order to Dismiss - 1